IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEITH THOMAS, # 266673, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:22-CV-002-WHA-SMD |
| PATRICE RICHIE JONES, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed January 28, 2022 (Doc. 4), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

Done this 18th day of February, 2022.

                                        /s/ W. Harold Albritton
                                        UNITED STATES DISTRICT JUDGE